## 30457. GORDON v. GORDON.

GUNTER, Justice.

This is an attempted appeal from a judgment that is not final in the trial court. The trial judge rendered a judgment in a divorce case; a timely motion for a new trial was filed by the defendant below; and the trial judge thereafter entered a judgment that vacated the divorce judgment and ordered a new trial. There is no certificate for immediate review, and this court has not granted an interlocutory appeal. Code Ann. § 6-701 (a).

A judgment that grants a new trial is not an appealable judgment. See *Henderson v. Henderson,* 231 Ga. 208 (200 SE2d 867) (1973), and cases there cited. This appeal must be dismissed as premature.

*Appeal dismissed. All the Justices concur.*

ARGUED NOVEMBER 10, 1975 — DECIDED JANUARY 27, 1976.

*John Cromartie, Jr., Elizabeth Youngerman, Fred B. Davis, Phyllis J. Holmen,* for appellant.